Steven L. Procaccini (SP 1044)
Stephen F. Roth
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Plaintiffs Aspex Eyewear, Inc. and
Contour Optik Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK INC., | Civil Action No. 07 CIV 5627 |
| Plaintiffs, | |
| v. | |
| OVERLOOK OPTICAL INC., | |
| Defendant. | |

JUDGE SCHEINDLIN

### RULE 7.1 DISCLOSURE STATEMENTS FOR ASPEX EYEWEAR, INC. AND CONTOUR OPTIK INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aspex Eyewear, Inc. and Contour Optik Inc. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

774662_1.DOC

                                          Respectfully submitted,
                                          LERNER, DAVID, LITTENBERG,
                                             KRUMHOLZ & MENTLIK, LLP

Dated: June 12, 2007            By:    _____
                                                Steven L. Procaccini (SP 1044)
                                                Stephen F. Roth
                                                600 South Avenue West
                                                Westfield, NJ 07090
                                                Tel:   908.654.5000
                                                Fax:  908.654.7866

                                          *Attorneys for Plaintiffs Aspex Eyewear, Inc.*
                                          *and Contour Optik Inc.*