USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

Case 1:07-cv-05627-SAS   Document 4   Filed 07/23/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
CHAMBERS OF
JUL 23 2007
JUDGE SCHEINDLIN

| | | |
|---|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 07-CV-5627 |
| OVERLOOK OPTICAL, INC., | § § § | JURY DEMANDED |
| Defendant. | § § § | |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Defendant, Overlook Optical, Inc. ("Overlook") respectfully requests a two-week extension of time to answer Plaintiffs' Complaint, making Overlook's Answer due on August 6, 2007.

This extension is being sought by the parties to provide an opportunity to continue settlement discussions, which have been ongoing.

Consent to this extension was granted by Steven Procaccini, Esq., counsel for Plaintiffs, by telephone and e-mail on July 20, 2007.

Respectfully submitted,

_____
Nicole Callahan (NC 1319)
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
ncallahan@fchs.com

So Ordered:
[signature]
USDJ
7/23/07