Scheindlin/J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASPEX EYEWEAR, INC. and CONTOUR : 
OPTIK INC., : Civil Action No.: 07-cv-5627 (SAS)
  Plaintiffs, :
v. : District Judge Shira A. Scheindlin
 : Magistrate Judge Douglas F. Eaton
OVERLOOK OPTICAL INC., :
 :
  Defendant. x

---

### STIPULATION AND [Proposed] ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the joint request by both parties for entry of this Stipulation and [Proposed] Order of Dismissal With Prejudice, and the Defendant having not yet answered the Plaintiffs' complaint, the parties having agreed to amicably resolve this dispute in a separate settlement agreement, and for good cause shown:

IT IS ORDERED that:

1. The claims of Plaintiffs are dismissed with prejudice, pursuant to F.R.C.P 41(a)(1)(ii);

2. This Court shall retain jurisdiction to enforce and the settlement agreement between the parties; and

3. All parties shall bear their own costs and attorneys' fees.

For Plaintiffs:
Steven L. Procaccini
Stephen F. Roth
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel:  908.654.5000
Fax: 908.654.7866

For Defendant:
Marc J. Pensabene
Nicole A. Callahan
FITZPATRICK, CELLA,
 HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3800
Tel:  212.218.2100
Fax: 212.218.2200

SO ORDERED:

Dated: Oct. 11, 2007

Shira A. Scheindlin
United States District Judge

stip of dismissal.doc